**Darryl ALLMOND, Plaintiff–Appellant,**

v.

**ROYAL INSURANCE COMPANY OF AMERICA; Angela Bartley, Claim Representative; Benjamin J. Trichillo; Young J. You; Roger Gisolfi; Michele Hedin; Home Place; Lynn Donahue; Nicholas Patronas, Defendants–Appellees.**

**No. 01–2477.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 21, 2002.

Darryl Allmond, Appellant Pro Se. Michael Lewis Rigsby, Charles F. Midkiff, Midkiff, Muncie & Ross, P.C., Richmond, Virginia; Ronald Paul Herbert, Leclair Ryan, P.C., Richmond, Virginia; Cynthia Lee Santoni, Miles & Stockbridge, McLean, Virginia; William Boyle Porter, Maura Jane Graham, Blankingship & Keith, Fairfax, Virginia; Robert J. Lloyd, III, McGuirewoods, L.L.P., McLean, Virginia; Stephen Lewis Altman, Marc Andrew Brown, Montedonico, Hamilton & Altman, P.C., Fairfax, Virginia, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Allmond appeals the district court's order granting Defendants' motions to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Allmond v. Royal Ins. Co. of America,* No. CA–01–1468 (E.D. Va. filed Dec. 7, 2001; entered Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*